# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| KURTIS LEE BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV413-086 |
| RISK MANAGEMENT, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

On May 30, 2013, the Court provisionally granted 42 U.S.C. § 1983 civil rights plaintiff Kurtis Lee Brown leave to proceed *in forma pauperis* on the condition he return two forms. (Doc. 3.) The order was returned as undeliverable on June 12, 2013, with a notation stating that plaintiff is no longer at that address. (Doc. 4.)

Plaintiff has neglected to provide the Court with a current mailing address. S.D. Ga. LR 11.1. Without a litigant's current mailing address, the Court cannot move the case forward or even communicate with plaintiff. This case amounts to no more than dead wood, and the Court has the inherent power to prune it from the docket. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his

failure to prosecute this action. S.D. Ga. LR 41(b*); see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 13th day of June, 2013.

/s/ N. Smith
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**