FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JUL 12 AM 10:43
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KURTIS LEE BROWN,

    Plaintiff,

v.

RISK MANAGEMENT, Director;
CLAIMS ADVISORY BOARD,
Chairman; GOVERNOR OF THE
STATE OF GEORGIA; BOARD OF
CORRECTIONS, Chairman;
DEPARTMENT OF CORRECTIONS,
Commissioner; BOARD OF
COMMISSIONERS FULTON COUNTY,
GEORGIA; and ATTORNEY GENERAL
OF THE STATE OF GEORGIA,

    Defendants.

CASE NO. CV413-086

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **12th** day of July 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA